IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GLENN TODD LANHAM, | |
|---|---|
| Plaintiff, | 8:17CV423 |
| vs. | |
| GENERAL MOTORS, LLC, | ORDER |
| Defendant. | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 2nd day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge