IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GLENN TODD LANHAM, | |
|---|---|
| Plaintiff, | **8:17CV423** |
| vs. | |
| GENERAL MOTORS, LLC, | **ORDER** |
| Defendant. | |

IT IS ORDERED that Order for Initial Progression of Case (Filing No. 12) is amended as follows:

1) A status conference to discuss the status of case progression and potential settlement will be held with the undersigned magistrate judge on February 21, 2018 at **10:00 a.m.** by telephone.

   ****Counsel shall use the **revised** conferencing instructions located at **Filing No. 18** to participate in the conference.[1]

2) The planning conference set before Magistrate Judge Michael D. Nelson on March 30, 2018, at 10:00 a.m. is cancelled.

3) The case conferencing instructions located at Filing No. 13 are stricken.

Dated this 11th day of January, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] Case conferencing instructions are both case-specific and judge-specific. The case conferencing instructions must change when the assigned magistrate judge is changed.